UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTAE J. DIXON, | No. 2:19-cv-1156-EFB P |
| Plaintiff, | |
| v. | ORDER |
| GREG HAYES, et al., | |
| Defendants. | |

Plaintiff, a county jail inmate proceeding without counsel, has filed a complaint together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the in forma pauperis application has not been filled out and signed by an authorized jail official. *See* 28 U.S.C. § 1915(a)(2). Plaintiff will be provided another opportunity to submit a fully completed application to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall provide plaintiff with another copy of the in forma pauperis application used by this court; and

2. Plaintiff shall submit, within thirty days from the date of this order, a fully completed in forma pauperis application. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: June 27, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE