1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DONTAE J. DIXON,                              No. 2:19-cv-1156-EFB P

12                    Plaintiff,

13           v.                                     ORDER AND FINDINGS AND
                                                    RECOMMENDATIONS
14    GREG HAYES, et al.,

15                    Defendants.

16

17           Plaintiff is a county jail inmate proceeding without counsel in an action brought under 42

18    U.S.C. § 1983.  On June 27, 2019, this court found that plaintiff's request for leave to proceed in

19    forma pauperis failed to include a signed trust account statement as required by 28 U.S.C.

20    § 1915(a).  Accordingly, the court directed the Clerk to send plaintiff an Application to Proceed

21    In Forma Pauperis, ordered plaintiff to submit the completed application and trust account

22    statement within thirty days and warned plaintiff that failure to do so may result in this action

23    being dismissed.  ECF No. 4.  The time for acting has now passed and plaintiff has not submitted

24    the properly completed application for leave to proceed in forma pauperis or otherwise responded

25    to the court's order.

26           Accordingly, it is ORDERED that the Clerk is directed to randomly assign a United States

27    District Judge to this case.

28    /////

                                                     1

1       Further, it is RECOMMENDED that this action be dismissed without prejudice.

2       These findings and recommendations are submitted to the United States District Judge

3   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

4   after being served with these findings and recommendations, any party may file written

5   objections with the court and serve a copy on all parties.  Such a document should be captioned

6   "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

7   objections shall be served and filed within fourteen days after service of the objections.  The

8   parties are advised that failure to file objections within the specified time may waive the right to

9   appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez*

10  *v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

11  Dated:  July 31, 2019.

12                                    _____
                                       EDMUND F. BRENNAN
13                                     UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28